# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Joanne Yeoman, | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Christopher Doerfler, | ) Case No. 1:15-cv-024 |
| Defendant. | ) |

On October 5, 2015, defendant filed a "Motion Requesting that Plaintiff Service Copies of Pleadings and Filings on Defendant." Therein, defendant advises that plaintiff is not serving him with copies of everything she files with the court.

Although plaintiff is proceeding *pro se*, she is still required to comply with the Federal Rules of Civil Procedure. Thus, it is incumbent upon her to serve defendant with copies of everything she files with the court.

Accordingly, defendant's motion (Docket No. 13) is **GRANTED**. Going forward plaintiff shall simultaneously provide defendant with a copy of anything she files with the court. Additionally, plaintiff shall provide defendant with copies of the documents that she filed with the court on September 29, 2015, i.e., an Amended Complaint and response to defendant's Motion to Dismiss. Upon receipt of plaintiff's response to the Motion to Dismiss, defendant shall have seven (7) days to file a reply.

**IT IS SO ORDERED.**

Dated this 6th day of October, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court