**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Joanne Yeoman, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Christopher Doerfler, | ) | Case No. 1:15-cv-024 |
| | ) | |
| Defendant. | ) | |

Before the court is a motion to stay pretrial discovery filed by plaintiff on October 29, 2015.

Under Fed. R. Civ. P. 26(d)(1), the parties are prohibited from engaging in discovery at least until

they have conducted a Rule 26(f) conference.[1]  Nevertheless, the court **GRANTS** the motion (Doc.

No. 20) and stays discovery at least until it conducts a scheduling conference.

**IT IS SO ORDERED.**

Dated this 2nd day of November, 2015.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court

---

[1]  Assuming no action is taken by Congress, pending amendments to the Rule that advance the time period for initiating some discovery will not go into effect until December 1, 2015.